FILED

SEP 20 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   ETAN ZAITSU
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6
7
8  Attorney for Defendant
   JOSEPH ZIMMERER
9
10
11            IN THE UNITED STATES DISTRICT COURT
12           FOR THE EASTERN DISTRICT OF CALIFORNIA
13
14
15
16 UNITED STATES OF AMERICA,       ) No. 09-0190-DAD
                                   )
17            Plaintiff,            )    AMENDED DAD
                                   ) STIPULATION AND [~~PROPOSED~~] ORDER
18      v.                          )
                                   )
19 JOSEPH ZIMMERER,                ) Date:  October 5, 2010
                                   ) Time:  10:00 a.m.
20            Defendant.            ) Judge: Hon. DALE A. DROZD
                                   )
21 _____ )
22
23      The United States of America, through Matthew C. Stegman,
24 Assistant United States Attorney, together with defendant, Joseph
25 Zimmerer, by counsel Linda Harter, Chief Assistant Federal Defender,
26 stipulate to vacate the probation revocation hearing set for September
27 21, 2010 at 10:00 a.m., and continue the probation revocation hearing
28

1  to October 5, 2010 at 10:00 a.m. This stipulation is requested because
2  more preparation time is needed by the defense.
3
4  Dated:   September 20, 2010      Respectfully submitted,
5
                                    DANIEL J. BRODERICK
6                                   Federal Defender
7
8                                   /s/ Linda C. Harter
                                    LINDA C. HARTER
9                                   Chief Assistant Federal Defender
                                    Attorney for Defendant
10                                  JOSEPH ZIMMERER
11
12 Dated:   September 20, 2010      BENJAMIN B. WAGNER
                                    United States Attorney
13
14                                  /s/Heiko P. Coppola for
                                    MATTHEW C. STEGMAN
15                                  Assistant U.S. Attorney
16
17                          ORDER
18 IT IS SO ORDERED.
19
20 Dated:  9/20/10              _____
21                              HON. DALE A. DROZD
                                United States Magistrate Judge
22
23
24
25
26
27
28

Stipulation and [Proposed] Order   -2-